1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY T. T.,[1] | Case No. 8:21-cv-01228-JC |
| Plaintiff, | |
| v. | AMENDED JUDGMENT |
| | [Correcting Date of Issuance] |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is AFFIRMED.

DATED:  September 23, 2022

_____
                              /s/

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

_____

[1]Plaintiff's name is partially redacted to protect his privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.